# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1335
Lower Tribunal No. 2018-CA-002506-O
_____

WAL-MART STORES EAST, LP,

Appellant,

v.

JESSICA AMADOR,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

WHITE, SMITH and MIZE, JJ., concur.


Jack R. Reiter and Sydney M. Feldman, of GrayRobinson, P.A., Miami, for Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED